**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Darrell L. PADGETT, Defendant–Appellant.**

No. 01–6254.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

Darrell L. Padgett, pro se. Michael Lee Keller, Charleston, WV, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Darrell L. Padgett seeks to appeal the district court's order denying his motion to reopen his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny Padgett's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. *See United States v. Padgett*, No. CR–91–166; CA–94–377–1 (S.D.W.Va. Nov. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*